The order below is hereby signed.

Signed: May 29 2013



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
ILLIUM Z. WILLIAMS                                : Chapter 13 Case No. 10-00265
  Debtor

**ORDER OF DISMISSAL WITH PREJUDICE BASED ON MATERIAL DEFAULT IN PLAN PAYMENTS**

Upon consideration of the Trustee's Motion to Dismiss with Prejudice Based on Material Default in Plan Payments and the court record herein, it is, therefore,

ORDERED, that the above-captioned matter is hereby dismissed with Prejudice to the re-filing of a bankruptcy case for a period of 180 days after entry of this order pursuant to §§109(g),1307(c), §§105 and 349.

cc:   All Entities on Mailing List